# EXHIBIT A

Invoice:

December 2015

From:

Bluewater Moorings LLC
PO Box 8226
Denver
Colorado
USA
80201


To:

The Last Kilometer Co


Description:

Asset Sale:

Unencumbered Source Code of 'Order Management System' built in Dot Net as described in eBay sale and per confidentiality agreement terms.


Price: $4500